John Haase and William J. Carrow, copartners, trading as Haase Bros., appellees, v. Willis Shearer, appellant.   Gen. No. 8,363.

Opinion filed August 29, 1931.

Walter C. Overbeck, for appellant.   A. L. Anderson, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

Charles J. Graham et al., appellees, v. Agnes I. Ryan et al., on appeal of Becker Roofing Company, appellant.   Gen. No. 8,372.

Opinion filed August 29, 1931.

Garnsey, Wood & Lennon and Slottow & Leviton, for appellant; David Paley, of counsel.   Frank J. Jones, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

Ida J. Henke, appellant, v. The Estate of Thomas J. Caie, Sr., deceased, appellee.   Gen. No. 8,261.

Opinion filed September 10, 1931.

A. C. Shattuck, Judson A. Shuey and George W. Thoma, for appellant.   Samuel J. Howe and Ralph B. Treadway, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Axel A. Lundquist, appellee, v. Clarence H. Palmer, appellant.   Gen. No. 8,122.

Opinion filed October 5, 1931.

Julius E. Matteson and John A. Dowdall, for appellant; Thomas M. Cliffe, of counsel.   Smith & Brower, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

Hall Motor Company, appellee, v. T. B. Luhman, appellant.   Gen. No. 8,252.

Opinion filed October 5, 1931.

Hinchcliff, Miller & Thomas, for appellant.   Large & Reno, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.